THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Francis O. Campbell, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2010-170846

---

**ON WRIT OF CERTIORARI**

---

Appeal from Richland County
Howard Ballenger, Trial Judge
J. Michelle Childs, Post-Conviction Judge

---

Memorandum Opinion No. 2013-MO-0006
Submitted February 20, 2013 – Filed February 27, 2013

---

**DISMISSED AS IMPROVIDENTLY GRANTED**

---

Wanda H. Carter, of Columbia, for Petitioner.

Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, Senior Assistant Deputy Attorney General Salley W. Elliott, and Assistant

Attorney General Robert D. Corney, all of Columbia, for the State.

---

**PER CURIAM:** We granted a writ of certiorari to review the denial of Petitioner's application for post-conviction relief (PCR). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**